# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-03829-WDK-JC | Date | August 12, 2020 |
|---|---|---|---|
| Title | G and G Closed Circuit Events, LLC v. Paul W. Cain, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff:      Attorneys Present for Defendant:

None                                              None

**Proceedings:**        **ORDER TO SHOW CAUSE**

On July 6, 2020, this Court issued an Order Directing Counsel to Confer and to File Joint Report or Stipulation Regarding Proposed Schedule for Discovery and Settlement Conference ("July Order"). The July Order directed counsel forthwith to confer regarding a proposed schedule for discovery and a settlement conference and to file a Joint Report relating to the same (or, if they agree, a proposed Stipulation for the Court's consideration) by not later than **July 20, 2020 – more than three weeks ago.** To date, counsel have not complied with the July Order.

In light of the foregoing, counsel are Ordered to Show Cause in writing by not later than **August 20, 2020**, why the Court should not impose monetary sanctions in the amount of $250 against each counsel based upon such noncompliance. The filing of a Joint Report which comports with the July Order by the foregoing deadline will constitute a sufficient response to this Order to Show Cause.

IT IS SO ORDERED.